FILED
Charlotte
July 3 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
11:05 am, Jun 18 2025
WESTERN NORTH CAROLINA
CHARLOTTE

United States of America )
v. )
(2) DA'QUANTE ANTWONE BANKS )
)
) Case No. 3:25-cr-147-002-MOC
)
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* (2) DA'QUANTE ANTWONE BANKS,

who is accused of an offense or violation based on the following document filed with the court:
☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371
18 U.S.C. § 2312
18 U.S.C. § 2313
18 U.S.C. § 2

Date: 6/17/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 6-18-25, and the person was arrested on *(date)* 7-2-25
at *(city and state)* Charlotte, NC.

Date: 7-3-25

*Arresting officer's signature*

Detective J. Cameron
*Printed name and title*